1  Isabelle Ord (Bar No. 198224)
   isabelle.ord@dlapiper.com
2  Chelsea N. Mutual (Bar No. 299656)
   chelsea.mutual@dlapiper.com
3  **DLA PIPER LLP (US)**
   555 Mission Street, Suite 2400
4  San Francisco, California 94105-2933
   Tel:    415.836.2500
5  Fax:    415.836.2501

6  Raj N. Shah (*pro hac vice pending*)
   raj.shah@dlapiper.com
7  Eric M. Roberts (*pro hac vice pending*)
   eric.roberts@dlapiper.com
8  **DLA PIPER LLP (US)**
   444 West Lake Street, Suite 900
9  Chicago, IL 60606-0089
   Tel: 312.368.4000
10 Fax: 312.251.5714

11 Attorneys for Defendant
   APPLE INC.

12
                    **UNITED STATES DISTRICT COURT**
13
                    **NORTHERN DISTRICT OF CALIFORNIA**
14
                         **OAKLAND DIVISION**
15
   GABRIELLA ZARAGOZA and JOSEPH          CASE NO. 4:18-CV-06139-PJH
16 COYLE, individually and on behalf of all others
   similarly situated,                    **STIPULATION TO CONTINUE**
17                    Plaintiffs,          **FEBRUARY 13, 2019 HEARING ON**
                                           **DEFENDANT'S MOTION TO DISMISS**
18         v.

19 APPLE INC.,
                      Defendant.
20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE FEBRUARY 13, 2019 HEARING ON DEFENDANT'S MOTION TO DISMISS

EAST\164750535.1

Plaintiffs Gabriella Zaragoza and Joseph Coyle ("Plaintiffs") and Defendant Apple Inc. ("Defendant"), by and through their counsel of record, hereby stipulate, subject to the Court's approval, to the following:

WHEREAS, Defendant's pending Motion to Dismiss is scheduled for hearing in this Court on February 13, 2019;

WHEREAS, on February 11, 2019, the Clerk of this Court issued a notice, informing the parties that they may make live demonstrations using the Apple TV user interface at the February 13, 2019 hearing and that the parties shall work together in order to be prepared to do so using the same device (Dkt. 28);

WHEREAS, the parties, through their counsel, have met and conferred and agree that they would like to make live demonstrations using the Apple TV user interface, but need further time to (i) meet and confer on the scope of the demonstration, (ii) attempt to resolve any disputes about the scope or content of the demonstration in advance of the hearing, (iii) test the equipment and streaming of the Apple TV content in advance, (iv) make sure both parties have an opportunity to set up and use the same device before the hearing, and (v) that both parties are sufficiently prepared to effectively demonstrate the Apple TV user interface at the hearing;

WHEREAS, the parties agree that continuing the hearing for a period of 14 days, or a date thereafter convenient to the Court, will allow the parties to undertake these tasks and resolve any technical problems and other issues in advance of the hearing;

NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED as follows:

The hearing on Defendant's Motion to Dismiss shall be continued by 14 days to February 27, 2019 at 9:00 a.m., or to a date thereafter convenient to the Court's schedule.  Pursuant to the Clerk's Notice (Dkt. 28), the parties shall appear no later than 8:00 a.m. on the date set for the hearing in Courtroom 3, Third Floor, to set up and test the equipment before the hearing.

**IT IS SO STIPULATED.**

1

STIPULATION TO CONTINUE FEBRUARY 13, 2019 HEARING ON DEFENDANT'S MOTION TO DISMISS

EAST\164750535.1

1    Dated:  February 12, 2019              DLA PIPER LLP (US)

2

3                                            By:  /s/ *Isabelle L. Ord*

4                                                 Isabelle L. Ord
                                                  Attorney for Defendant
5                                                 APPLE INC.

6                                            FARUQI & FARUQI, LLP

7                                            By:  /s/ *Benjamin Heikali*

8                                                 Benjamin Heikali
                                                  Attorney for Plaintiffs
9                                                 GABRIELLA ZARAGOZA and JOSEPH
                                                  COYLE

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION TO CONTINUE FEBRUARY 13, 2019 HEARING ON DEFENDANT'S MOTION TO DISMISS

EAST\164750535.1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**ECF CERTIFICATION**

I, Isabelle L. Ord, am the ECF user whose ID and password are being used to file this STIPULATION TO CONTINUE FEBRUARY 13, 2019 HEARING ON DEFENDANT'S MOTION TO DISMISS.  In compliance with L.R. 5-1(i)(3), I hereby attest that Benjamin Heikali has concurred in this filing.

By:  /s/  *Isabelle L. Ord*
Isabelle L. Ord

3

STIPULATION TO CONTINUE FEBRUARY 13, 2019 HEARING ON DEFENDANT'S MOTION TO DISMISS

EAST\164750535.1